+            CASE 5-21-cv-742-FB-ESC            +

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

FAIRMONT-IMANUEL BANKHOUSE,

*Plaintiff,*

v.

UNITED STATES OF AMERICA, et al.,

*Defendants.*

---

### SUPPLEMENTAL MEMORANDUM
### OF FIRST AMENDED COMPLAINT

*Briefing the record:*

I primarily filed this complaint to seek and demand judgement, under an *original jurisdiction* and *original trial* that can properly adjudicate *Article III injuries*.

Respectfully submitted,

/s/ FAIRMONT-IMANUEL BANKHOUSE

*Plaintiff in-person*

fibankhouse@gmail.com

Text: (512) 666-7248

125 Cedar Elm Lane, Georgetown, Texas 78633
**(NOMINAL ADDRESS)**